**Keith A. BOOKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79500**

Missouri Court of Appeals, Western District.

ORDER FILED: APRIL 11, 2017

Attorneys: Susan Lynn Hogan, Kansas City, MO, Counsel for Appellant

Attorneys: Dora Fichter, Jefferson City, MO Counsel for Respondent

Before Division One: James E. Welsh, Presiding Judge, Anthony Rex Gabbert, Judge, Edward R. Ardini, Jr., Judge

## ORDER

Per Curiam:

Keith A. Booker appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).